1 | WOOLF GAFNI & FOWLER LLP
  | Chaim J. Woolf (State Bar No. 236957)
2 | 10850 Wilshire Boulevard, Suite 510
  | Los Angeles, CA 90024
3 | Tel: (310) 474-8776
  | Fax: (310) 919-3037
4 | E-Mail: chaim.woolf@wgfllp.com

JS-6

5 | Attorneys for Plaintiffs,
  | DAVID FIEDLER, ELI GORDON, and ACCESS GROUP REALTY, INC. DBA
6 | ACCESS LOSS MITIGATION

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FIEDLER, an individual; ELI GORDON, an individual; and ACCESS GROUP REALTY, INC., DBA ACCESS LOSS MITIGATION, a California Corporation, | **CASE NO.: 13-CV-04982 RGK (JC)** |
| | **HONORABLE R. GARY KLAUSNER** |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL** |
| VANTIUM CAPITAL, INC.; and DOES 1-50. | Complaint filed: JUNE 7, 2013 |
| Defendants. | |

///
///
///
///
///

**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL**

1

WOOLF GAFNI & FOWLER, LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Upon review on the stipulation by all parties filed on September 24, 2013,
2  the Court hereby rules as follows:
3      1.    The Complaint in this matter is DISMISSED WITH PREJUDICE,
4  with each party to bear its own costs and fees, and notice by the Clerk is waived.
5  IT IS SO ORDERED.

7  DATED: September 25, 2013     */s/ Gary Klausner*
   HON. R GARY KLAUSNER
8     United States District Judge